IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHUNTA DAUGHERTY,** | * | |
| **individually, and as the** | * | |
| **administrator of the estate of** | * | |
| **MICHAEL DASHAWN MOORE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CV-17-00072-CG-C |
| | * | |
| **HAROLD HURST,** | * | |
| **in his individual capacity,** | * | |
| | * | |
| **Defendant.** | * | |

## DEFENDANT HURST'S STATUS REPORT REGARDING STAY

Pursuant to this Court's Order (Doc. 36) granting Defendant's Motion to Stay, Defendant Harold Hurst provides this Status Report to update and inform the Court that this Defendant was notified on September 7, 2017 that the Criminal Section of the Civil Rights Division of the United States Department of Justice has closed its investigation.

Respectfully submitted this the 11th day of September, 2017.

/s/ Thomas O. Gaillard, III
THOMAS O. GAILLARD, III  (GAILT9459)
PATRICK C. FINNEGAN (FINNP3533)
*Attorneys for defendant Harold Hurst*

OF COUNSEL:
Helmsing, Leach, Herlong, Newman
  & Rouse, P.C.
150 Government Street, Suite 2000
Mobile, Alabama  36602
Telephone:  (251) 432-5521
Facsimile:  (251) 432-0633
tog@helmsinglaw.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of September 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Eric Tavaris Hutchins | Mario Williams |
| Law Office of Eric Tavaris Hutchins, LLC | Nexus Caridades Attorneys, Inc. |
| 116 Madison St. | 44 Broad Street, NW, Suite 200 |
| Alexander City, AL  35010 | Atlanta, GA  30303 |
| zayikk@gmail.com | mwilliams@nexuscaridades.com |
| | |
| Julie J. Oinonen | Jessica N. Sherman-Stoltz |
| Williams Oinonen LLC | **Nexus Caridades Attorneys, Inc.** |
| 44 Broad Street, NW, Suite 200 | 113 Mill Place Pkwy., Suite 105A |
| Atlanta, GA  30303 | Verona, Virginia 24482 |
| Julie@goodgeorgialawyer.com | jstoltz@nexuscaridades.com |

      */s/Thomas O. Gaillard III*
      THOMAS O. GAILLARD, III

Doc. 535988

2