# Exhibit A

December 8th 2016

City Of Mobile, Alabama
**Attn**: Lisa Carroll Lambert, Clerk of the City of Mobile
205 Government Street
9th Floor Government Plaza—South Tower
Mobile, AL 36633-1827

RE: *The Estate of Michael Moore vs. City of Mobile, et. al.*

## NOTICE OF CLAIM

I am filing this Notice of Claim with the Clerk of the City of Mobile, pursuant to AL Code §§ 11-47-23 and 11-47-192, inter alia.

On June 13, 2016 (less than six months ago) a City of Mobile police officer, Harold Hurst, fatally shot Michael Moore, in Mobile, AL between the hours of 2 p.m. and 6 p.m. At the time, and right before, the fatal shooting, Mr. Moore posed no threat to Officer Hurst or the public. Officer Hurst's conduct was objectively unreasonable and thus violated the clearly established constitutional rights of the decedent to be from excessive force and false arrest.

This letter notifies the City of Mobile that a lawsuit will be filed on Mr. Moore's behalf, alleging federal and state law claims, for all permissible damages under federal and state law. This claim contemplates damages in excess of 10 million dollars.

Please direct all correspondence regarding this claim to the below attorneys.

Sincerely,

Shunta LaRose Daugherty
Shunta Larose Daugherty

Enclosure: Estate Papers, naming me, Shunta Daugherty, as the administrator of the Decedent's Estate.

CITY CLERK'S OFFICE

(Continued on next page)

MOBILE, AL

FR, DEC 9, AM 9:52 RCVD

1

cc:

Adam Jones, Esq
206 N. Lena Street
Dothan, AL 36303
334.699.5599
334.6995588

Mario Williams
WILLIAMS OINONEN LLC
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 654-0288
(404) 592-6225 FAX
mario@goodgeorgialawyer.com

IN THE PROBATE COURT OF MOBILE COUNTY, ALABAMA

IN THE MATTER OF

CASE NO. 2016-2119

MICHAEL DASHAWN MOORE,

Deceased,

### ORDER

Petition for letters of administration dated November 4, 2016 of the above named decedent is hereby **GRANTED** this date. Bond in the amount of $20,000.00 is hereby taken and approved. Letters of Administration shall issue forthwith to SHUNTA LAROSE DAUGHERTY, as prayed.

It is further **ORDERED** that the Personal Representative shall not deposit with her legal counsel, and legal counsel shall not receive, any funds or other assets of this estate which exceed the total sum/value of $10,000 without prior approval of the Court. Any estate funds appropriately held by legal counsel shall be placed in an interest account unless said funds are to be disbursed within forty-five (45) days of receipt by legal counsel.

The Personal Representative is **ORDERED** to report to the Court if any litigation involving a wrongful death or personal injury claim is commenced in another court. If same is reported, the Personal Representative shall file with this Court a petition to determine the heirs of the decedent.

It is further ORDERED as follows:

    **Inventory due January 23, 2017, at 3:30 p.m.**

    **Handbook Certificate due January 23, 2017 at 3:30 p.m.**

    **Original Death Certificate due January 23, 2017 at 3:30 p.m.**

    **Annual partial settlement and accounting due December 8, 2017**

Dated this 7th day of December, 2016,



_____
**DON DAVIS, Judge of Probate**

IN THE PROBATE COURT OF MOBILE COUNTY, ALABAMA

IN THE MATTER OF

CASE NO. 2016-2119

MICHAEL DASHAWN MOORE,

Deceased,

## ORDER

Petition for letters of administration dated November 4, 2016 of the above named decedent is hereby **GRANTED** this date. Bond in the amount of $20,000.00 is hereby taken and approved. Letters of Administration shall issue forthwith to SHUNTA LAROSE DAUGHERTY, as prayed.

It is further **ORDERED** that the Personal Representative shall not deposit with her legal counsel, and legal counsel shall not receive, any funds or other assets of this estate which exceed the total sum/value of $10,000 without prior approval of the Court. Any estate funds appropriately held by legal counsel shall be placed in an interest account unless said funds are to be disbursed within forty-five (45) days of receipt by legal counsel.

The Personal Representative is **ORDERED** to report to the Court if any litigation involving a wrongful death or personal injury claim is commenced in another court. If same is reported, the Personal Representative shall file with this Court a petition to determine the heirs of the decedent.

It is further ORDERED as follows:

Inventory due January 23, 2017, at 3:30 p.m.

Handbook Certificate due January 23, 2017 at 3:30 p.m.

Original Death Certificate due January 23, 2017 at 3:30 p.m.

Annual partial settlement and accounting due December 8, 2017

Dated this 7th day of December, 2016,

_____
**DON DAVIS, Judge of Probate**

| | |
|---|---|
| **THE STATE OF ALABAMA** | **COURT OF PROBATE** |
| **COUNTY OF MOBILE** | **CASE NO. 2016-2119** |

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of MICHAEL DASHAWN MOORE, are hereby granted to SHUNTA LAROSE DAUGHERTY, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, fees, and expenses, including court costs, incident to the administration of the estate. The authority of the Personal Representative is restricted as follows:

**Restrictions:**

(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets resulting from litigation or settlement of litigation without prior Court approval.

(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.

Ordered this 7th day of December, 2016.

_____
DON DAVIS, Judge of Probate

| | |
|---|---|
| THE STATE OF ALABAMA | COURT OF PROBATE |
| COUNTY OF MOBILE | CASE NO. 2016-2119 |

RE: MICHAEL DASHAWN MOORE, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of MICHAEL DASHAWN MOORE, are hereby granted to SHUNTA LAROSE DAUGHERTY, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, fees, and expenses, including court costs, incident to the administration of the estate. The authority of the Personal Representative is restricted as follows:

---

**Restrictions:**

(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets resulting from litigation or settlement of litigation without prior Court approval.
(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.

---

Ordered this 7th day of December, 2016.

_____
DON DAVIS, Judge of Probate

CERTIFIED COPY
DON DAVIS, JUDGE OF PROBATE
MOBILE COUNTY, ALABAMA

By: _____
JOE MCEARCHERN, JR., Chief Clerk

| | |
|---|---|
| **THE STATE OF ALABAMA** | **COURT OF PROBATE** |
| **COUNTY OF MOBILE** | **CASE NO. 2016-2119** |

**RE: MICHAEL DASHAWN MOORE, DECEASED**

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of MICHAEL DASHAWN MOORE, are hereby granted to SHUNTA LAROSE DAUGHERTY, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, fees, and expenses, including court costs, incident to the administration of the estate. The authority of the Personal Representative is restricted as follows:

---

**Restrictions:**

(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets resulting from litigation or settlement of litigation without prior Court approval.

(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.

---

Ordered this 7th day of December, 2016.

_____
DON DAVIS, Judge of Probate

**CERTIFIED COPY**
**DON DAVIS, JUDGE OF PROBATE**
**MOBILE COUNTY, ALABAMA**

By: _____
JOE MCEARCHERN, JR., Chief Clerk

| | |
|---|---|
| THE STATE OF ALABAMA | COURT OF PROBATE |
| COUNTY OF MOBILE | CASE NO. 2016-2119 |

RE: MICHAEL DASHAWN MOORE, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of MICHAEL DASHAWN MOORE, are hereby granted to SHUNTA LAROSE DAUGHERTY, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, fees, and expenses, including court costs, incident to the administration of the estate. The authority of the Personal Representative is restricted as follows:

---

**Restrictions:**

(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets resulting from litigation or settlement of litigation without prior Court approval.

(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.

---

Ordered this 7th day of December, 2016.

_____
DON DAVIS, Judge of Probate

CERTIFIED COPY
DON DAVIS, JUDGE OF PROBATE
MOBILE COUNTY, ALABAMA

By: _____
JOE MCEARCHERN, JR., Chief Clerk

**PROBATE COURT OF MOBILE COUNTY**
P.O. Box 7, Mobile, Alabama 36601

## GENERAL INFORMATION SHEET ON PERSONAL REPRESENTATIVE/CONSERVATOR

♣♣♣♣♣♣

COMMENTS - INSTRUCTIONS:   The ability to secure prompt contact when necessary and maintain timely communication with those appointed by the Probate Court to serve in a fiduciary position is essential to the sound and successful administration of estates. The information obtained from this form will assist in this endeavor. It is requested that you fill out this form [PRINT] and mail it to the Probate Court at the above address as soon as possible. Your assistance will be most appreciated.

Don Davis, Judge of Probate

Case No. _____ Name of Estate _____

Type Estate:          ☐ Minor               ☐ Incapacitated person [ADULT]          ☐ Deceased

Type Appointment:    ☐ Guardianship        ☐ Conservatorship                       ☐ Administrator

Your relationship to the subject of this estate: _____

Your full name _____
                     [Last]           [First]            [Middle]            [Maiden]

Home Address: _____
                     [Street]          [City]            [State]           [Zip Code]

Telephone No.:   Home ( ) _____   Business: ( ) _____

Employer: _____  Occupation: _____

Business Address: _____

Date of Birth: _____  Place of Birth: _____

Social Security No. _____ Drivers License No. _____ State: _____
                    [REQUIRED]                           [REQUIRED]

**CURRENT SPOUSE:**

Full Name _____
                     [Last]           [First]            [Middle]

Telephone No. Home: ( ) _____  Business No. ( ) _____

Employer: _____  Occupation: _____

Business Address: _____
                     [Street]          [city]            [State]           [Zip Code]

Date of Birth: _____  Place of Birth: _____

Social Security No. _____ Drivers License No. _____ State: _____
                    [REQUIRED]                           [REQUIRED]

Page 2. [Information Sheet - Personal Representative/Conservator]

## RELATIVES OR FRIENDS WHO WILL ALWAYS KNOW HOW TO CONTACT YOU:

Name: _____  Relationship: _____  Phone: ( ) _____

Address: _____
          [Street]         [City]         [State]         [Zip Code]

Name: _____  Relationship: _____  Phone: ( ) _____

Address: _____
          [Street]          [City]         [State]         [Zip Code]

## CERTIFICATION:

I, the undersigned do hereby certify that the foregoing information is true and correct to the best of my information and belief.

Signed this the _____ Day of _____, 20_____.

_____
Signature of Personal Representative or Conservator

**PLEASE NOTE: YOU ARE REQUIRED TO NOTIFY PROBATE COURT IN WRITING IF YOU HAVE A CHANGE IN ADDRESS. THIS MAY BE DONE BY SENDING A WRITTEN STATEMENT TO THE COURT AT P.O. BOX 7, MOBILE, AL 36601. WHEN SENDING CORRESPONDENCE, PLEASE PROVIDE THE NAME OF THE ESTATE AND CASE NUMBER IF KNOWN.**