# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHUNTA DAUGHERTY, individually and as the administrator of the estate of Michael Dashawn Moore, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 17-0072-TM-C |
| HAROLD HURST, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 11, 2018, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 1st day of October 2018.

/s/ TERRY F. MOORER
**TERRY F. MOORER**
**UNITED STATES DISTRICT JUDGE**