# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHUNTA DAUGHERTY, individually and as the administrator of the estate of Michael Dashawn Moore, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. 17-0072-TM-C |
| | : |
| HAROLD HURST, et al., | : |
| | : |
| Defendants. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant University of South Alabama Medical Center's Motion to Dismiss, (Doc. 89), is **GRANTED** and Plaintiff Shunta Daugherty's claims against Defendant University of South Alabama Medical Center are **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 1st day of October 2018.

/s/ TERRY F. MOORER
**TERRY F. MOORER**
**UNITED STATES DISTRICT JUDGE**