# Exhibit 2

Available to email directly to Chambers due to file size