IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHUNTA DAUGHERTY, individually, and as the administrator of the estate of MICHAEL DASHAWN MOORE, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No.: CV-17-00072-TFM-C |
| HAROLD HURST, in his individual capacity, and CITY OF MOBILE, | * * * | |
| Defendants. | * | |

## MOTION FOR SUMMARY JUDGMENT

Defendant Harry Hurst (incorrectly identified in the Complaint, as last amended, as "Harold Hurst") moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the entry of summary judgment in his favor on all of the Plaintiff's claims in her First Amended Complaint. As and for grounds for said motion, Defendant would show the Honorable Court that there exists no genuine issue material fact and he is entitled to judgment as a matter of law.

This motion is supported by a brief in support of this motion, filed concurrently herewith, and a narrative statement of undisputed facts contained therein, together with exhibits and other evidentiary material attached thereto.

/s/ Thomas O. Gaillard III
THOMAS O. GAILLARD III (GAILT9459)
*Attorney for Defendant Harold Hurst*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
  NEWMAN & ROUSE, PC
Post Office Box 2767
Mobile, AL  36652
(251) 432-5521 Telephone
(251) 432-0633 Facsimile
E-Mail: tog@helmsinglaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 4th day of October, 2019, served a copy of the foregoing document by U.S. Mail, first-class postage prepaid and by email to the following:

Dallas S. Lepierre, Esquire
Nexus Derechos Humanos Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
(*dlepierre@ndhlawyers.com*)

Mario Williams, Esquire
Nexus Caridades Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
(*mwilliams@ndhlawyers.com*)

Michael D. Strasavich, Esquire
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, Alabama 36602
(*mstrasav@burr.com*)

*/s/ Thomas O. Gaillard, III*
OF COUNSEL

4846-0641-6041 v.1