# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHUNTA DAUGHERTY, individually, and as the administrator of the estate of Michael Dashawn Moore, | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | CIVIL ACTION NO. 1:17-cv-72-TFM-C |
| HAROLD HURST, *et al.*, | : : | |
| Defendants. | : | |

## **ORDER**

Pending before the Court is Plaintiff Shunta Daugherty's *Motion for Leave to File a Consolidated Response and a Brief in Excess of Page Limits*. Doc. 165, filed October 28, 2019. Plaintiff requests the Court allow her to file a consolidated response to Defendants' motions for summary judgment and file a brief in excess of this judicial district's page limits for motions. *Id.* at 1. In support of Plaintiff's request, she states there are two (2) pending motions for summary judgment to which she must respond; Defendant City of Mobile incorporates in its motion for summary judgment portions of Defendant Hurst's motion for summary judgment; the events of this matter occurred at multiple locations and on different dates and times; there is voluminous discovery in this matter; and there are considerable facts in dispute. *See id.* ¶¶ 2-7, 9. Defendants' counsel do not oppose Plaintiff's request to consolidate her responses, but object to her request to file excess pages. *Id.* ¶ 10. Plaintiff seeks up to 100 pages for her consolidated response and attaches a draft statement of facts as an exemplar on the additional pages needed. *See* Doc. 165-1.

The Court notes the facts stated in Defendants' motions for summary judgment collectively

total approximately fifteen (15) pages and neither motion exceeds this judicial district's page limits for motions.  *Compare* Doc. 159 *with* Doc. 160; *see* S.D. Ala. CivLR 7(e).  While the Court is willing to give some degree of flexibility on the length of the consolidated response, 100 pages is excessive.  A review of the exhibit indicates there is a great deal of white space and a more efficient layout will likely alleviate Plaintiff's concerns.  As such, the Court is willing to provide up to sixty (60) pages.

Plaintiff's Motion for Leave to File a Consolidated Response and a Brief in Excess of Page Limits (Doc. 165) is hereby **GRANTED in part and DENIED in part** as discussed below.

(1) Plaintiff's motion is **GRANTED** as to her request to file a consolidated response to Defendants' motions for summary judgment,

(2) The motion **GRANTED in part** in that the consolidated response may exceed the thirty (30) page limit but may not exceed sixty (60) pages.

(3) The motion is **DENIED** as to her request to file excess pages up to 100 pages.

Ultimately, Plaintiff may elect on whether to file an individual response, not to exceed thirty (30) pages or a consolidated response not to exceed sixty (60) pages.

**DONE** and **ORDERED** this the 30th day of October 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE