IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHUNTA DAUGHERTY, individually, and as the administrator of the estate of MICHAEL DASHAWN MOORE,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) CASE NO. 1:17-cv-00072-TFM-C<br>) |
| **HAROLD HURST, in his individual capacity; and CITY OF MOBILE,** | )<br>)<br>) |
| **Defendants.** | ) |

## NOTICE OF FILING CORRECTED EXHIBIT

COMES NOW Defendant City of Mobile, by and through undersigned counsel of record, and gives notice of filing the corrected (complete) Affidavit of Paul Prine (Exhibit 15) in support of its Motion for Summary Judgment and Incorporated Memorandum (Doc. 160). Through a scanning oversight, the Affidavit of Paul Prine (Doc. 161-2) failed to contain page 2, thus the exhibit is incomplete. Defendant herewith submits the corrected (complete) Affidavit of Paul Prine.

Respectfully submitted,

 s/ Michael D. Strasavich
RICARDO A. WOODS           (WOODR1019)
MICHAEL D. STRASAVICH      (STRAM9557)
TAYLOR B. JOHNSON          (BARRT8851)

Attorneys for Defendant City of Mobile, Alabama

43135684 v1

OF COUNSEL:

BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama  36652
Telephone:	(251) 344-5151
Facsimile:	(251) 344-9696
Email:		rwoods@burr.com
		mstrasavich@burr.com
		tjohnson@burr.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy to all counsel of record of the foregoing document by Notice of Electronic Filing, using CM/ECF system which will send notification of such to all counsel of record this the 11th day of March, 2020.

| | |
|---|---|
| Mario Williams, Esq.<br>Dallas S. LePierre, Esq.<br>Nexus Derechos Humanos Attorneys, Inc.<br>44 Broad Street, NW, Suite 200<br>Atlanta, Georgia 30303 | Julie Oinonen, Esq.<br>Williams Oinonen LLC<br>44 Broad Street NW, Ste 200<br>Atlanta, GA 30303 |
| Thomas O. Gaillard, III, Esq.<br>Patrick C. Finnegan, Esq.<br>Helmsing, Leach, Herlong,<br> Newman & Rouse, P.C.<br>P.O. Box 2767<br>Mobile, AL 36651 | |

              */s/ Michael D. Strasavich*
              OF COUNSEL

43135684 v1