## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SHUNTA DAUGHERTY, individually, and as the administrator of the estate of MICHAEL DASHAWN MOORE, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV-17-00072-TFM-C |
| HAROLD HURST, in his individual capacity, | * * * | |
| Defendant. | * | |

### NOTICE OF APPEAL

Notice is hereby given that Harold Hurst, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's order denying Defendant's Motion for Summary Judgment based on qualified immunity as to the Plaintiff's §1983/Fourth Amendment excessive force claim (Count I) and denying in part his motion for summary judgment on the Plaintiff's state law claim for wrongful death (Count II) entered in this action on September 30, 2020, and further appeals from the District Court's related order entered in this action on September 15, 2020, overruling Defendant's objections to Plaintiff's witnesses' declarations.

.

                                       _/s/ William W. Watts, III_
                                       THOMAS O. GAILLARD, III (GAILT9459)
                                       PATRICK C. FINNEGAN (FINNP3533)
                                       WILLIAM W. WATTS, III (WATTW5095)
                                       *Attorneys for defendant Harold Hurst*

OF COUNSEL:
Helmsing, Leach, Herlong, Newman
   & Rouse, P.C.
150 Government Street, Suite 2000
Mobile, Alabama  36602
Telephone:  (251) 432-5521
Facsimile:  (251) 432-0633
tog@helmsinglaw.com
pcf@helmsinglaw.com
www@helmsinglaw.com

### CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of October 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Dallas S. Lepierre, Esquire<br>NDH, LLC<br>44 Broad Street, NW, Suite 200<br>Atlanta, GA 30303<br>(*dlepierre@ndh-law.com*) | Mario Williams, Esquire<br>NDH, LLC<br>44 Broad Street, NW, Suite 200<br>Atlanta, GA 30303<br>(*mwilliams@ndh-law.com*) |

                        */s/ William W. Watts, III*
                        OF COUNSEL

4851-0787-9374, v. 1