IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHUNTA DAUGHERTY, individually, and as the administrator of the estate of Michael Dashawn Moore, | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | CIVIL ACTION NO. 1:17-cv-72-TFM-C |
| HARRY HURST, *et al.*, | : : | |
| Defendants. | : | |

## ORDER

In light of the case being on interlocutory appeal effective October 28, 2020, this case is stayed pending resolution of the appeal. The Clerk of Court is **DIRECTED** to administratively close the case. The matter will be automatically reopened at the conclusion of the appeal.

**DONE** and **ORDERED** this the 25th day of November 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE