# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

February 05, 2021

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 20-14028-HH
Case Style: Shunta Daugherty v. Harold Hurst
District Court Docket No: 1:17-cv-00072-TFM-C

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-14028-HH

_____

SHUNTA DAUGHERTY,
individually, and as the administrator of the estate
of Michael Dashawn Moore,

                                                  Plaintiff - Appellee,

versus

HAROLD HURST,

                                                  Defendant - Appellant,

CITY OF MOBILE, et al.,

                                                  Defendants.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Harold Hurst's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective February 05, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Christopher Bergquist, HH, Deputy Clerk

                                                  FOR THE COURT - BY DIRECTION