# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| SHUNTA DAUGHERTY, individually, and as the administrator of the estate of MICHAEL DASHAWN MOORE,<br>　　　　Plaintiff,<br>v.<br>HAROLD HURST, *et al.*,<br>　　　　Defendant. | Civil Action No.<br>1:17-cv-00072- TFM-C |

## ATTORNEY'S LIEN

Williams Oinonen LLC, though Julie Oinonen, Esq, Attorney at Law, hereby notifies all of their claim and lien for attorneys' fees pursuant to a written contract for legal services on the proceeds of any recovery, settlement, judgment, award, or monies obtained by Plaintiff in or related to the above captioned case in the amount of $500,000.00 for attorney's fees.

Respectfully submitted, this 22nd day of February 2021.

　　　　　　　　　　　　　　　　　　　　/s/ JULIE OINONEN
　　　　　　　　　　　　　　　　　　　　Julie Oinonen (Ga Bar No. 722018)
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**WILLIAMS OINONEN LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing ATTORNEY'S LIEN with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted, this 22nd day of February 2021.

/s/ JULIE OINONEN
Julie Oinonen (Ga Bar No. 722018)
*Counsel for Plaintiff*

**WILLIAMS OINONEN LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com