# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHUNTA DAUGHERTY,** individually, and as the administrator of the estate of **MICHAEL DASHAWN MOORE,** | )<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) CASE NO. 1:17-cv-00072-TFM-C<br>)<br>) |
| **HAROLD HURST, in his individual capacity; and CITY OF MOBILE,** | )<br>)<br>) |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure,* Plaintiff Shunta Daugherty, individually and as Personal Representative of the Estate of Michael Dashawn Moore, and Defendant Hurst jointly file this Stipulation of Dismissal as to all claims, with prejudice, each party to bear their own costs and fees.

Respectfully submitted,

/s/ Mario B. Williams *[with permission]*
MARIO B. WILLIAMS (GA Bar No. 235254)
DALLAS LEPIERRE (Fla. Bar No. 101126)
*Attorneys for Plaintiff Shunta Daugherty*

**OF COUNSEL:**
NDH LLC
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442 Telephone
(404) 935-9391 Facsimile
Email: mwilliams@ndh-law.com
          dlepierre@ndh-law.com

                     */s/ Thomas O. Gaillard III*
                     THOMAS O. GAILLARD III (GAILT9459)
                     PATRICK C. FINNEGAN (FINNP3533)
                     WILLIAM W. WATTS (WATTW5095)
                     *Attorneys for Defendant Harry Hurst*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, PC
Post Office Box 2767
Mobile, Alabama  36652
(251) 432-5521 Telephone
(251) 432-0633 Facsimile
Email: tog@helmsinglaw.com
        pcf@helmsinglaw.com
        www@helmsinglaw.com