## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| SHUNTA DAUGHERTY, individually, and as the administrator of the estate of Michael Dashawn Moore, | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | CIVIL ACTION NO. 1:17-cv-72-TFM-C |
| HARRY HURST, | : : | |
| Defendant. | : | |

## ORDER

Pending before the Court is the *Joint Stipulation of Dismissal With Prejudice*.  Doc. 219, filed February 24, 2021.  Plaintiff Shunta Daugherty and Defendant Harry Hurst bring their joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and request the Court dismiss with prejudice Plaintiff's claims against Defendant Hurst.  *Id.*  The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared."  FED. R. CIV. P. 41(a)(1)(A).  The joint stipulation is signed by counsel for remaining parties in this matter.  Doc. 219.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation.  Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 25th day of February 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE